UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **JEFFERSON COLE SMELSER** | * | **CIVIL ACTION NO. 15-2375** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **WRASER, LLC., d/b/a WraSer Pharmaceuticals, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 10], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**MONROE, LOUISIANA,** this 21st day of April, 2016.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE